# EXHIBIT 2

Search for articles...

All Collections > ClickBank Rules & Regulations > Policies > ClickBank Accounting Policy

# ClickBank Accounting Policy

ClickBank's Accounting Policy details payments, schedules, fees, and account requirements. By using ClickBank, you agree to these terms.

September 10, 2026

Table of contents

You expressly agree and acknowledge that the terms and conditions contained in this Accounting Policy are incorporated within the **ClickBank Client Contract** and you expressly acknowledge that you have read this **Accounting Policy** and agree to comply with and be bound by all of its terms and conditions as a requirement of creating and maintaining an account with ClickBank. If at any time you do not agree with any part of this Accounting Policy, you agree that your sole remedy is to cease any further use of the ClickBank Services and terminate your account, in which case You agree that any activity that transpired prior to the date of such termination shall be governed in full by this **Accounting Policy**.

**NOTE:** All references to amounts and use of the "$" sign refer to amounts in U.S. dollars.

**NOTE:** Effective 10/24/2024, ClickBank paycheck fees are increasing from $2.50 to $5.00, and wire transfer fees are increasing from $35.00 to $45.00. These fees have never previously been raised and are being increased to more accurately cover the cost of these services.

For information about specific terms of the ClickBank Accounting Policy refer to the appropriate section below:

- **Payment Method and Payment Frequency**

- Pay Period End Time
- Payment Distribution
- Direct Deposit (United States)
- Direct Deposit (International)
- Wire Payment (International)
- Payment Change Deadlines
- Payment Threshold
- Postal Delays & Reissued Checks
- Stale Checks
- Stolen Checks
- Returned Direct Deposits and Wires
- Retail & Wholesale Pricing
- Currencies
- Sales Tax
- VAT Tax
- Returned Sales
- Charged Back Sales
- Return Allowance
- Determination of Affiliate
- Account Closure
- Customer Distribution Requirement
- Dormant Accounts
- Taxpayer ID Number Requirement For U.S. Based Affiliates Earning Over $600
- Legal Limitations
- Additional Resources & Related Articles

## Payment Method and Payment Frequency

ClickBank offers Direct Deposit, Wire and Checks as payment methods for clients to receive their funds. Accounts receiving direct deposit and wire payments (US or International) are eligible for once per week or once per two week payments. Check payments are available once every two weeks.

Back To Top

## Pay Period End Time

Pay period end times and payment send dates are dependent upon your selected Payment Frequency. For accounts receiving payments weekly, pay periods end at 12:00:00 a.m. Pacific time every Wednesday. For accounts receiving payments once every two weeks, pay periods

end at 12:00:00 a.m. Pacific time every other Wednesday. Changes to your selected Payment Frequency will go into effect in accordance with the Payment Change Deadline.

Changing your Payment Frequency from once per week to once every two weeks (or vice-versa) may result in overlap between pay periods and the amount settled. Due to the overlap the first pay period on your new schedule could be longer or shorter than standard. In the case of overlap, ClickBank always settles your open sales since your last pay period ended.
Back To Top

## Payment Distribution

Payments are distributed to clients two days after period-end.
Back To Top

## Direct Deposit (United States)

ClickBank offers Direct Deposit (ACH) of your ClickBank account payment to U.S. bank accounts. This is the fastest and easiest way to receive your funds. Direct deposits may take 1-2 business days to reach your account.
Back To Top

## Direct Deposit (International)

ClickBank offers International Direct Deposit (XACH) of your ClickBank account payments into certain international bank accounts. XACH offers a fast and reliable method for direct deposit of your account payments in your local currency.

ClickBank may charge a nominal percentage above its competitive, negotiated currency conversion rates. This amount represents a portion of the difference between the wholesale exchange rate we are able to obtain and the available spot rate on the day at or near your payment date.

Once sent, XACH payments generally take only a few days to reach your account, depending on what country your account is in.

XACH deposits are available to bank accounts in the following countries:

- Australia
- Austria
- Belgium
- Bulgaria

- Canada1
- Czech Republic
- Denmark
- Finland
- France
- French Guiana
- Germany
- Gibraltar
- Greece
- Guadeloupe
- Hong Kong
- Hungary
- Iceland
- India
- Ireland
- Italy
- Liechtenstein
- Luxembourg
- Martinique
- Mayotte
- Mexico
- Monaco
- Netherlands
- New Zealand
- Norway
- Philippines
- Poland
- Portugal
- Reunion Island
- Romania
- Singapore
- Slovak Republic
- Slovenia
- Spain
- Saint Pierre & Miquelon
- Sweden
- Switzerland
- United Kingdom1

1 XACH deposits are available in multiple currencies for Canada (CAD, USD) and United Kingdom (GBP, EUR).
Back To Top

## Wire Payment (International)

For those clients that reside in a country in which we do not currently offer International Direct Deposit (XACH), ClickBank does offer direct wire payment to your bank account. The additional cost for a wire payment is $45 per wire sent. An unlimited number of ClickBank accounts with the same payee name can be included in a single wire. Wire payments are sent in USD and may be converted by your bank to your local currency. If you are interested in setting up wire payments, please visit https://support.clickbank.com and submit a support ticket. Please use "Wire Instructions" as the subject line and select "Payment Inquiries" in the Type of Question field.
Back To Top

## Payment Change Deadlines

All changes to payment details, including address or payee changes, and changes between payment methods, must be made prior to the payment period end date.
Back To Top

## Payment Threshold

The "Payment Threshold" is a predetermined minimum amount of money you must have in your account before we generate a payment. You may select an amount from $50 to $1,000,000 as your Payment Threshold amount. The default setting is $100. Wires must be in an amount of at least $50. A $5.00 processing charge is assessed against each payment we issue. To change your Payment Threshold, login to your account and select the "Settings" tab. Click "Edit" to the right of the "Payment Information" section. Select the "Payment Threshold" of your choice, and click the "Save Changes" button.
Back To Top

## Postal Delays & Reissued Checks

No national postal service is 100% reliable. If your check is significantly delayed you may request that we send you a new check. To issue a new check we have to pay a service fee to the bank network to recall (void) the first check. A US$20 cancellation charge applies and is deducted from the amount of the newly reissued check. New checks will only be issued on days when regular checks are sent. ClickBank must receive the reissue request by the pay period end date in order for the reissue check to be processed at the same time as the

payment for that pay period. There are no exceptions to these deadlines. To request that a check be reissued, please use the Account Questions form.
Back To Top

## Stale Checks

ClickBank checks are VOID after 90 days from the date of issue. Please present your checks to your financial institution promptly. If you present a check after the 90 days your bank may refuse the check. We can issue a new check only if the stale check is in our possession. Please write "VOID" across the check and send it to the following address:

**Click Sales, Inc.**
**Attn: Paycheck Department**
**1444 S. Entertainment Ave., Suite 410**
**Boise, ID 83709**

After we receive the stale check, funds will be re-credited to your ClickBank account and sent on your next payment date via your ClickBank account's selected payment preferences. It is very important that you login to your ClickBank account and make any necessary changes to your payee name and address.
Back To Top

## Stolen Checks

In some countries mail theft is not uncommon. If a check is fraudulently endorsed (deposited by someone other than you) you will need to open a fraud case with our bank. If the bank determines that fraud did occur they will reimburse us the funds. We will then issue a replacement check to you. ClickBank cannot reissue a check prior to the funds being returned to us or prior to the completion of the investigation by the bank. To receive information on how to open a fraud case with our bank please use the Account Questions form.
Back To Top

## Returned Direct Deposits and Wires

Payments that are sent via direct deposit and wire that are returned to us due to invalid banking information are re-sent to you via check. Additionally, your account payment method will be switched to check until you provide accurate banking information. You may contact ClickBank Accounting to inquire about the details of your returned direct deposits. Please send your request through our Account Questions form with the period ending date,

the amount, and your nickname. A $20 reprocessing fee is charged on returned direct deposits and wires.
Back To Top

## Retail & Wholesale Pricing

Products sold through ClickBank have a retail and wholesale price. Sellers recommend a suggested retail price for their products (within limits defined by ClickBank) during products creation. ClickBank also defines the maximum price for a product when a seller submits the product for approval. Once ClickBank reviews the suggested retail price from the seller, the final retail price is set (please refer to the **Client Contract** for more information).

At the time of purchase by a customer, ClickBank purchases the product from the applicable seller at a wholesale price, which can vary by product type, price, and currency, and resells the product to the customer.

The wholesale price ClickBank pays the seller for standard products, and initial payments for recurring subscriptions is typically 92.5% of the suggested retail, less $1.00. However, for recurring billing subscriptions where the rebill price is less than $40, ClickBank purchases the rebills for the subscription from the seller at a wholesale price equal to 90.1% of retail. For free trial transactions, ClickBank charges the seller $0.50 per transaction.

Klarna Transactions. For a transaction processed through Klarna, where ClickBank makes Klarna available for the applicable Seller, Product, purchaser, and transaction, ClickBank will purchase the Product from the Seller at a wholesale price equal to 90.2% of the applicable retail price, less $1.30 per transaction. Accordingly, ClickBank retains 9.8% of the applicable retail price plus $1.30 per Klarna transaction. Unless ClickBank states otherwise, the applicable retail price is calculated on the same basis used for ClickBank’s standard wholesale-pricing calculation. Klarna availability is subject to ClickBank’s eligibility requirements and may be limited, modified, suspended, or discontinued by ClickBank at any time.

If an Affiliate generated the sale, the wholesale price is automatically split between the seller and affiliate according to the commission percentage set by the seller. Amounts are credited to the seller and affiliate at the time of sale. In cost per action functionality (CPA), ClickBank may provide “profitability” metrics for the seller's convenience. These are based on seller's participation in adding cost of goods sold (COGs) to their products. If the seller does NOT do this, the profitability metrics are only a reflection of sales
Back To Top

## Currencies

If a seller chooses to sell a Product in a currency other than U.S. dollars, an exchange rate is used to convert the purchase amount to U.S. dollars.

All transactions are applied to your account in U.S. Dollars. For products priced in U.S. Dollars , the amount applied to your account will always be based on the U.S. Dollar price - the currency the customer chooses to purchase in does not affect the U.S. Dollar amount applied to your account.

For products priced in a currency other than U.S. Dollars, transactions are converted to U.S. Dollars and applied to your account using an exchange rate acquired by ClickBank in conjunction with our foreign currency partners at the time of the purchase. This exchange rate is updated once per day. Returns and revokes utilize the same exchange rate that was associated with the original purchase.

ClickBank's determination of exchange rates is final.
Back To Top

## Sales Tax

As the retailer of record, ClickBank is responsible for collecting and remitting tax on sales to end customers. These taxes are assessed based on the location of the end customer and the laws of the jurisdiction in which they reside.
Back To Top

## VAT Tax

Under European laws, ClickBank is required to collect and remit Value Added Tax (VAT) on sales of electronic services and electronic intangible products. For more information on where ClickBank collects and remits VAT on sales, please visit the **Taxes Collected article**.
Back To Top

## Returned Sales

As part of our commitment to quality customer service and satisfaction, ClickBank may approve a return in accordance with our **Return and Cancellation Policy**. When a sale is returned the customer receives a 100% refund and payouts from that sale are debited back out of the corresponding seller and Affiliate accounts. Product returns are evidence of customer dissatisfaction with product quality or lack of support and ClickBank wants to encourage sellers to identify and fix any problems to minimize the number of returned sales.

In addition, ClickBank incurs direct processing costs and other costs in connection with returned sales. Therefore, ClickBank assesses the following return fees: $1.00 for each returned sale where the product price plus shipping equals or exceeds $10.00; $0.50 for each returned sale where the product price plus shipping is less than $10.00. This fee is assessed only on returned initial sales and not on upsells, rebills, or other partial returns. This fee also is not assessed on returns processed on the same calendar date as the sale. Sellers that maintain a refund rate in excess of 20% may also be subject to ClickBank retaining its transaction processing margin (as discussed in Retail & Wholesale Pricing above), and may be subject to additional fees.

Refunds and chargebacks may also result in a negative balance in your account. If your account experiences a negative balance for any reason, ClickBank may withdraw funds from any other accounts you control, may seize any available funds to cover the deficiency, and/or may invoice you for the deficiency. All of these remedies are in addition to ClickBank's other rights under the **ClickBank Client Contract**, which are fully reserved.

Back To Top

## Charged Back Sales

A purchase is "charged back" when a customer disputes a charge through their bank or credit provider, usually because the customer claims that the purchase was unfunded, unauthorized or fraudulent. Chargebacks cost ClickBank money and harm its valuable reputation as a reliable Internet retailer. When a seller is the subject of a chargeback, the seller is assessed a fee based on the chargeback rate of the seller account. The chargeback fee assessed to the seller is:

- $22 if the account's chargeback rate is less than 1.0%.
- $29 + ClickBank's margin if the account's chargeback rate is between 1.0%-1.49%.
- $49 + ClickBank's margin if the account's chargeback rate is greater than 1.5%.

Overall, sales processed by ClickBank traditionally have a chargeback rate of less than 1%, which is quite low for an internet retailer.

ClickBank may, in its sole discretion, dispute chargebacks by re-presenting the sale to the relevant card brand or payment provider. A successful representment that results in the reversal of a chargeback does not constitute a sale for purposes of this Accounting Policy or the **ClickBank Client Contract**. ClickBank reserves the right to keep the full amount recovered from any successfully re-presented transaction (in addition to any chargeback fee assessed pursuant to this section) and has no obligation to pay any amount to any seller or affiliate relating to the original sale or the successful representment.

As a seller, you can take a number of easy steps to prevent Returned and Charged Back Sales:

- Use ClickBank's Dynamic Billing Descriptor functionality which allows the use of 14 alphanumeric characters that will appear on the customer's credit card statement to describe your product. Example CLKBANK*yourproduct.
- Remind the customer of the product descriptor they will see on their credit card statement either "CLKBANK*COM" or CLKBANK*yourproduct.
- Make it very easy for customers to contact you for technical support. Prominently display your email address on the page so that they can write it down. If you have a business phone number, provide them with that too. Of course, you should respond to customers in a timely fashion and take every possible step to resolve any concerns and save the sale.
- Add your customer service email address and customer service phone number (if you have one) within your ClickBank account, as well, so that ClickBank can refer customers back to you if they contact us directly.
- Let customers know that Product is backed by ClickBank's guarantee of quality customer service and that ClickBank will be happy to help them if there is any problem with their purchase.

Back To Top

## Return Allowance

ClickBank withholds a fraction of the revenue earned during each pay period, which is released back to your account after 12 weeks (about 84 days). These funds are used to manage quality issues that may arise with Products you publish or promote, including delayed refunds or charged back sales. The standard return allowance is 10%. ClickBank may adjust your return allowance at any time to better account for future returns based on account history.
Back To Top

## Determination of Affiliate

The Affiliate (if any) associated with any ClickBank sale is determined by an automated customer tracking system. Any decision made by this system is final and not subject to petition or appeal. Though we believe our tracking system to be more fair and accurate than any alternative, we make no representation regarding the ability of the system to track any specific customer, for any specific length of time.
Back To Top

## Account Closure

You may close your account at any time. Any closing balance under $10 will be forfeited. To close your account, please use the Account Questions form.

Back To Top

## Customer Distribution Requirement

ClickBank will withhold payment of any balance until an account shows a minimum of 5 sales that meet ClickBank's internal criteria to demonstrate legitimate purchases. These criteria include: at least five sales made by unique customers, each sale being more than 14 days old, and sales made using multiple payment methods (e.g., different credit card types or PayPal).

This requirement is in place to help prevent Affiliates from abusing the ClickBank Affiliate program by using their accounts for the sole purpose of fraudulently collecting rebates and/or discounts on their own purchases. ClickBank's internal criteria are determined in its sole discretion and will be revised and updated as needed.

Once you have met the Customer Distribution Requirement, your account will begin issuing payments normally, in accordance with our Accounting Policy, beginning on the next payment issuing date. The CDR only needs to be met once per nickname account. After the initial requirement is satisfied, all subsequent sales will proceed to payout normally. If ClickBank identifies any conduct by an Affiliate demonstrating refund abuse or conduct like that referenced in this policy, ClickBank reserves the right to suspend or cancel the Affiliate account in question.

Back To Top

## Dormant Accounts

Accounts with a positive balance but no earnings for an extended period of time are considered dormant. Dormant accounts are subject to a charge of $1 per pay period after 90 days of no earnings, $5 per pay period after 180 days of no earnings, and $50 per pay period after 365 days of no earnings. It is your responsibility to manage your account to prevent dormant fees. ClickBank will not notify you when your account is dormant.

Back To Top

## Taxpayer ID Number Requirement For U.S. Based Affiliates Earning Over $600

U.S. based Affiliate and some JV accounts earning over $600 are required to have a taxpayer ID number linked to their account.

The taxpayer ID number input in the account must match the payee listed on the account. This means:

- If you have a business name as the payee, you must input the EIN into your account that matches the payee. Be sure to use the proper 9-digit format including dashes: 12-3456789
- If you have an individual name as the payee, you must input the SSN into your account that matches the payee. Be sure to use the proper 9-digit format including dashes: 123-456-789
- If you are utilizing a business name but reporting under an individual SSN, you will need to provide an IRS form W-9 to us.
- If you are a foreign citizen utilizing a US address, but a beneficial resident of a different country, you will need to provide us with an IRS form W-8BEN.

W-9 and W-8BEN forms may be faxed to 559-210-0502 or may be submitted by email to our accounting department. Be sure to note your account nickname on the form.

Back To Top

## Legal Limitations

This document is not a warranty. For more details please consult the **ClickBank Client Contract**, which governs this Accounting Policy and of which this Accounting Policy is a fully incorporated part.

Back To Top

## Additional Resources & Related Articles

- **KNOWLEDGE BASE ARTICLE: When do I get paid?**
- **KNOWLEDGE BASE ARTICLE: How do I get paid?**
- **KNOWLEDGE BASE ARTICLE: How do I view my payments and payment information?**

## Related Articles

CPA FAQ for ClickBank Sellers ›

What do the codes on my payment detail table and CSV report mean? ›

How is my payment amount determined?

What are ClickBank's fees?

ClickBank's Return and Subscription Cancellation Policy

Did this answer your question?

ClickBank Support

© 2026 ClickBank. All rights reserved.