# EXHIBIT 3

CB

Search for articles...

All Collections › ClickBank Rules & Regulations › Policies ›
ClickBank's Return and Subscription Cancellation Policy

# ClickBank's Return and Subscription Cancellation Policy

ClickBank's Return & Subscription Cancellation Policy explains refund terms and how to cancel product subscriptions easily.

August 26, 2026

Table of contents

## Overview

As an e-commerce platform with an affiliate marketplace, ClickBank relies on the **Return and Subscription Cancellation Policy** to ensure customer satisfaction with every purchase and provide protection to our sellers and affiliates.

This Return and Subscription Cancellation Policy (Policy) is part of, and incorporated within, the **ClickBank Client Contract**. As a condition of registering with ClickBank and using the ClickBank Services, you expressly acknowledge that you have read and understand this Return and Cancellation Policy and you agree to be bound by its terms and conditions. If at any time you disagree with this Policy or any part of it, your sole remedy is to cease all use of the ClickBank Services and terminate your account. Please note, however, that any transactions which occurred prior to the date of such termination shall be governed and controlled in full by the terms of this Policy.

**This Policy contains the following subsections:**

- Reasons Why a Customer May Request a Return or Subscription Cancellation
- ClickBank's Return Policy
- ClickBank's Subscription Cancellation Policy
- The Seller's Role in Handling Returns and Subscription Cancellations
- Returns and Commission
- Policy Abuse
- Returns and Subscription Cancellation Policy FAQ
- Note to ClickBank Clients
- Additional Resources & Related Articles

## Reasons Why a Customer May Request a Return or Subscription Cancellation

ClickBank has every incentive to keep customers happy by providing quality products and service. To promote customer satisfaction, ClickBank reserves the right to reverse a sale for the following reasons (non-exhaustive):

- If the customer provides a valid reason for requesting a return within the time frame permitted in the applicable Seller Return Policy;
- If the seller of the product requests a return on the customer's behalf within 365 days of purchase;
- If the customer provides a valid report that the charge was fraudulent or unauthorized;
- In order to comply with applicable payment-network, payment-processor, and payment-provider rules and requirements, including the rules and requirements of credit card networks, ACH networks, PayPal, Klarna, and other payment methods used for the transaction; applicable law; or requests from verified U.S. judicial or law-enforcement agents; or
- For any other reason ClickBank deems appropriate.

## ClickBank's Return Policy

ClickBank will, at its discretion, allow for the return or replacement of any product within 60 days from the date of purchase. For recurring billing products, returns for more than one payment may be provided if requested within the standard 60 day return period.

In some cases, ClickBank allows sellers to offer return policies that may allow for returns outside of the 60 day window. Please be sure to refer to a seller's return policy before purchasing for their full return policy.

## ClickBank's Subscription Cancellation Policy

A customer may cancel a product with a recurring billing subscription at any time. A cancellation means that no future payments are charged to the customer's payment account. The cancellation of a recurring billing product does not generate a return - it will only stop any future payments from occurring.

## The Refund Process

When a customer contacts ClickBank by phone or online to request a return, our service and support staff attempt to provide the customer with sufficient instruction, customer service, and/or support. However, in some cases a customer may find a product unsatisfactory for reasons that are beyond the control of ClickBank. In these cases, a return or cancellation may be processed.

If a return is approved by ClickBank, the money for the requested transaction is returned back to the customer, in part or whole. If the return request is for a recurring billing product, then the ClickBank Policy allows for the most recent payment to be returned.

Multiple payment returns can be provided as long as they are within the applicable Seller Return Policy. A return on a recurring billing product will also result in the cancellation of that subscription.

Returns will only be credited back to the payment method or account used to make the original purchase. When a purchase was made using Klarna, an approved refund will be processed through the original Klarna payment arrangement, where available and as required by applicable law and the operating rules of Klarna. The timing, posting, and statement presentation of a refund may be subject to Klarna's processing timelines and the customer's payment agreement with Klarna. A customer remains subject to any terms or outstanding obligations under their separate agreement with Klarna that are not extinguished by the refund.

If the original payment account has been closed, the customer must update their payment information in their ClickBank customer account ([www.clkbank.com](www.clkbank.com)). Updating payment

information for the return only works for recurring purchases. Returns cannot be issued for one-time purchases that have a closed account.

Due to the digital format of many ClickBank products, when a product is returned the customer retains the product and, in many cases, the customer has already received the benefit from the product prior to the return request. In such cases, ClickBank reserves the right to issue a return for less than the full purchase price.

Refunds, reversals, disputes, and related transaction processing may also be subject to the operating rules, requirements, and dispute mechanisms of the payment method or provider used for the purchase, including Klarna where applicable.

## The Seller's Role in Handling Returns and Subscription Cancellations

ClickBank Sellers are not permitted to make any guarantee that conflicts with the ClickBank return Policy. However, ClickBank allows each seller to determine the appropriate return and subscription cancellation policy for each of their products.This policy may also include product replacements and partial returns. ClickBank will allow for the return or replacement of any product purchased using ClickBank services in accordance with the applicable Seller return Policy.

For recurring billing products (subscription products), returns for more than one payment may be provided if requested within the time stated in the seller's return policy. Any customer requesting a return after expiration of the return period set forth in the applicable Seller return Policy will be required to work directly with the seller for technical support or customer service. Sellers may request a return be issued on behalf of a customer for any purchase up to 365 days after the date of the ClickBank customer's purchase.

ClickBank Sellers are required to provide customer support to customers by managing return requests through transaction tickets within their ClickBank account. Sellers that do not provide adequate customer service and neglect management of return request tickets may have actions taken against them, up to and including suspension of their account.

## Returns and Commission

Generally, when a customer requests a return, the full return is provided. Distributions from that sale that are revenue share based are debited back out of the corresponding seller and affiliate accounts. In the case of cost per action (CPA), only the seller will be debited the distribution from that sale. The affiliate is not debited.

## Policy Abuse

Customers requesting serial or repeated returns may be blocked from making further purchases using the ClickBank services. Customers that violate the terms of use of a product may have their right of return revoked for such product. ClickBank reserves the right to determine cases of policy abuse without the consent of the seller.

## Return and Subscription Cancellation Policy FAQ

**Q: What is ClickBank's cancellation policy for recurring billing products?**
**A:** The customer may cancel a recurring billing subscription at any time.

**Q: What is the difference between a return and a cancellation?**
**A:** If a customer requests a return, the money for the requested transaction is returned back to the customer. If the return is for a recurring billing product, then the Policy allows for the most recent payment to be returned. returns for multiple rebills can be provided as long as they are within the stated return period. A return on a recurring billing product will also result in a cancellation.

If customers request a cancellation for their recurring billing product, then no future rebills will be charged to their account. However, a cancellation will not generate a return unless the return is also requested. A cancellation will only stop any future rebills.

**Q: How does ClickBank handle customer inquiries?**
**A:** When a customer reaches us by phone or email, our first response is to offer support for the product. However, in some cases a product may be unsatisfactory to the customer for reasons completely beyond our control, in which case a cancellation or a return may be processed.

**Q: What is the policy for returns requested within the 60 day return period?**
A: Customers requesting a return within 60 days of purchase may be approved by our customer service team if the customer provides evidence that their case merits a return.

Sellers requesting a return on behalf of the customer within 365 days of purchase will have their request reviewed and usually approved by our customer service team.

**Q: What is the policy for returns requested after 60 days of purchase?**
**A:** Customers requesting a return after 60 days will be directed to the seller for support. Sellers may request a return on behalf of customers, of any purchase up to 365 days after the

date of the ClickBank customer's purchase.

## Note to ClickBank Clients

This Return and Subscription Cancellation Policy is part of, and incorporated within, the **ClickBank Client Contract**. As a condition of registering with ClickBank and using the ClickBank Services, you expressly acknowledge that you have read and understand this Return and Cancellation Policy and you agree to be bound by its terms and conditions. If at any time you disagree with this Return and Cancellation Policy or any part of it, your sole remedy is to cease all use of the ClickBank Services and terminate your account. Please note, however, that any transactions which occurred prior to the date of such termination shall be governed and controlled in full by the terms of this Return and Cancellation Policy.

## Additional Resources & Related Articles

- **BLOG POST: We Changed Our Refund Policy**

## Related Articles

How do I get a refund for a ClickBank product I have purchased? ›

What are ClickBank's fees? ›

Subscription Reporting on ClickBank ›

ClickBank Client Contract ›

ClickBank Accounting Policy ›

Did this answer your question?

ClickBank Support

© 2026 ClickBank. All rights reserved.