# EXHIBIT 4

Holland & Hart

**Joshua D. Hurwit**
**Partner**
**Phone** 208.383.3920
JDHurwit@hollandhart.com

August 12, 2026

**VIA EMAIL AND CERTIFIED MAIL**

Attn: David Gomes de Carvalho, Owner
NorthScale LTDA
Rua Fortunato Ferraz, 250 – Apto. 232 A2
Sao Paulo, SP 05093-000
Brazil
store@thenorthscale.com

**Re: Nonpayment of Refunds/Chargeback Amounts – Notice of Claim**

Dear Mr. Gomes de Carvalho:

Holland & Hart LLP serves as outside litigation counsel to Click Sales, Inc. ("ClickBank"). Reference is made to the ClickBank Client Contract (available at https://support.clickbank.com/en/articles/10535337-clickbank-client-contract) (collectively, the "Contract") that governs the terms of North Scale LTDA's use of ClickBank's services.

ClickBank's reputation is one of its most valuable assets, which is why the company is committed to quality customer service and satisfaction. Accordingly, the Contract contains policies and procedures that provide for customers to seek refunds for goods purchased through ClickBank. The Contract also authorizes ClickBank to obtain reimbursement from vendors such as North Scale for such refunds and chargebacks.

As set forth more fully below, North Scale has accumulated a significant negative balance due to customer refunds and chargebacks and has not responded to demands for reimbursement as authorized by the Contract. We write to demand that North Scale satisfy its financial obligations to ClickBank and reimburse ClickBank for the current outstanding negative balance in North Scale's accounts.

This letter is not a comprehensive analysis of all claims against North Scale, and ClickBank may proceed with additional legal action against North Scale if ClickBank's reimbursement demands are not met.

## North Scale's Obligations to ClickBank

Pursuant to ClickBank's Accounting Policy incorporated as part of the Contract (available at https://support.clickbank.com/en/articles/10535345-clickbank-accounting-policy), when refunds of items sold by North Scale are processed, ClickBank is authorized to debit the charge-back

amounts from North Scale's accounts and to assess return fees. ClickBank is further authorized to invoice North Scale for any negative balances that may result from charge-backs.

In recent months, North Scale has experienced an extraordinary amount of customer refunds resulting in charge-backs. ClickBank's acceptable chargeback threshold is under 2%, and the North Scale accounts had lifetime chargeback rates ranging between 4.68% and almost 7.5%. Accordingly, pursuant to its rights under the Contract, ClickBank has invoiced North Scale as follows:

- Invoice No. 2026-188, dated June 30, 2026, in the amount of $96,541.69;
- Invoice No. 2026-190, dated July 10, 2026, in the amount of $8,068.73; and
- Invoice No. 2026-0803, dated August 3, 2026, in the amount of $13,367.88.

**TOTAL INVOICED/OWED:** $117,978.30

North Scale has failed to pay these amounts and has not responded to ClickBank's requests for payment. Accordingly, North Scale is in breach of the Contract and is liable to ClickBank for damages, which continue to accrue.

## Demand for Reimbursement

Based on the foregoing, ClickBank demands that North Scale pay ClickBank **$117,978.30 in principle, plus interest accruing at 5% on this amount** and any remaining balance until this obligation is fully satisfied.

If you refuse to resolve this dispute, ClickBank will pursue collection through litigation. We remind you that pursuant to Section 18(a) of the Contract, ClickBank will file such suit in the state or federal courts located in Boise, Idaho. Under this same contractual provision, you stipulated that you are subject to the personal jurisdiction of such courts. Should you fail to respond, ClickBank will obtain a default judgment for the full amount in short order. ClickBank's judgment will then allow it to place a lien on any revenue North Scale obtains in the United States. Make no mistake, ignoring our demands will complicate any future operations you have in the U.S.

## Conclusion

To avoid litigation, we require that you contact us no later than **August 18, 2026,** to discuss payment and terms of settlement. Alternatively, if North Scale has outside litigation counsel, please have him or her contact me immediately to discuss this matter.

Nothing in this letter shall be construed as a waiver of any rights or remedies available to ClickBank, whether at law or in equity, all of which are hereby expressly reserved. ClickBank reserves the right to amend its damages calculations as additional costs are incurred due to refunds

or charge-backs to North Scale's accounts and to pursue all available legal remedies should this matter not be resolved satisfactorily.

Respectfully,

Joshua D. Hurwit
Holland & Hart LLP