Joshua D. Hurwit (ISB No. 9527)
Faustine A. Moulton (ISB No. 12856)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JDHurwit@hollandhart.com
FAMoulton@hollandhart.com

*Attorneys for Plaintiff Click Sales, Inc. d/b/a ClickBank*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| CLICK SALES, INC., a Delaware corporation, d/b/a CLICKBANK,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSCALE LTDA, a Brazilian limited liability company,<br><br>Defendant. | Case No. 1:26-cv-754-BLW<br><br>PLAINTIFF CLICK SALES, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Click Sales, Inc. d/b/a ClickBank ("ClickBank"), by and through its undersigned counsel, hereby submits the following Corporate Disclosure Statement:

ClickBank is a nongovernmental corporation organized under the laws of the State of Delaware. ClickBank's parent Company is Keynetics Inc. No publicly held corporation owns more than 10% of the stock in Keynetics Inc.

DATED: November 10, 2026

HOLLAND & HART LLP

By: *<u>/s/ Joshua D. Hurwit</u>*
Joshua D. Hurwit
Faustine A. Moulton

*Attorneys for Plaintiff Click Sales, Inc. d/b/a ClickBank*